**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6764**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD DEAN MEARS,

Defendant - Appellant.

---

**No. 00-6765**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD DEAN MEARS,

Defendant - Appellant.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., District Judge; Richard C. Erwin, Senior District Judge. (CR-84-218, CA-99-288-1, CR-84-194, CA-99-269-1)

---

Submitted: November 30, 2000      Decided: December 6, 2000

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Richard Dean Mears, Appellant Pro Se.  Douglas Cannon, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated cases, Richard Mears seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the records and the district court's opinions accepting the recommendations of the magistrate judge and find no reversible error.  Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court.  See United States v. Mears, Nos. CR-84-218; CA-99-288-1; CR-84-194; CA-99-269-1 (M.D.N.C. Mar. 29, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2